# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

JEROME WILLIAM YARBOROUGH,

       Plaintiff,

       v.

ROGERS STATE PRISON; CLAY TATUM;
and JENNIFER CLARK,

       Defendants.

CIVIL ACTION NO.: 6:17-cv-81

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiff's action, **DENIES** Plaintiff's Motion for a Preliminary Injunction, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court further **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this _6th_ day of December, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA